# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 03-3333

———————

United States of America,      *

Appellee,      *

     *    Appeal from the United States
v.      *    District Court for the
     *    District of Nebraska.

Martin Gonzalez Valdez,      *

     *    [UNPUBLISHED]
Appellant.      *

———————

Submitted: June 16, 2004
Filed: June 21, 2004

———————

Before MELLOY, HANSEN, and COLLOTON, Circuit Judges.

———————

PER CURIAM.

Martin Gonzalez Valdez pleaded guilty to conspiring to distribute over 500 grams of a mixture containing methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846. The district court[1] sentenced him to 135 months imprisonment and 5 years supervised release. On appeal, counsel has moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967).

———————————

[1]The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.

Having reviewed the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues.  Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____